U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 22 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NORRIS JASMINE | CIVIL ACTION NO. 1:05-CV-1281 |
| VS. | SECTION P |
| RICHARD L. STALDER, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### ORDER

Before the court is Norris Jasmine's *pro se* civil rights suit (42 U.S.C. § 1983) filed on July 15, 2005. Plaintiff was initially allowed to proceed *in forma pauperis* on August 8, 2005 [doc. 3], however, on September 1, 2005, the undersigned, having noted that three or more of plaintiff's previous civil rights suits had been dismissed as frivolous, vacated and rescinded the order granting him *in forma pauperis* status and directed him to pay the full filing fee within twenty days. [doc. 5] The undersigned further advised plaintiff that his failure to pay the filing fee as directed would result in his pleadings being stricken and the case closed. More than twenty days have passed since the date of the order. Plaintiff has not paid the full filing fee. Therefore

**IT IS ORDERED** that the pleadings be **STRICKEN** and the case **CLOSED**.

**THUS DONE AND SIGNED** in Chambers, Alexandria, Louisiana, this _22_ day of _May_, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE